# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135700

MICHAEL RAY MULLINS and SUZANNE
EVA MULLINS,
      Plaintiffs-Appellants,

v

MATTHEW STANFORD and MARK DOYLE,
      Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135700
COA: 275340
Washtenaw CC: 06-000319-NI

      On order of the Court, the application for leave to appeal the December 18, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

t0317